**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ROBERT JACKSON**                                                                                   **PLAINTIFF**

**v.**                                      **Case No. 3:21-cv-00027-JTK**

**Social Security Administration**                                                           **DEFENDANT**
*Commissioner*

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED THIS 12th day of November, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE